UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSE RIVERA,

v.

UNITED STATES,

Case No. 04-0045-017

Judge Torres, USDJ

AFFIRMATION OF JOSE RIVERA

Jose Rivera, affirms under the penalties of perjury:

1. That I am the defendant/petitioner in the above stated matter, in which, by Federal Indictment, I was charged with possesion with intent to distribute cocaine base, in violation of 21 USC §841(a)(1).

2. That I was represented by Ms. Emily B. Vaziri, of Providence, Rhode Island, and that I, on June 25, 2004 entered into a plea agreement with the US Government. Prior to the execution of this agreement, and following the June 25, 2004 plea proceeding, Ms. Vaziri and I spoke of the viability of appealing whatever sentence is imposed based upon new legal theories by the First Circuit and US Supreme Court. I explicitly instructed Ms. Vaziri that I wanted to appeal.

3. During the hiatus between the plea and sentencing proceedings, I learned through the Wyatt Detention Facility law library, that the Supreme Court decided Blakely v. Washington, a case involving the unconstitutionality of Washington State's sentencing scheme. I also learned that just prior to this decision, Chief Judge Young of the district

of Massachusetts, issued a decision in United States v. Green, in which Judge Young found that the entire Guidelines' as a whole were unconstitutional; including USSG § 2D1.1.

4. Counsel and I discussed the viability of my Judge holding the 100:1 ration for crack cocaine, to be excessive, and we discussed the possibility of preserving my appellate rights for furture purposes. I explicitly instructed Ms. Vaziri to file a notice of appeal. I am also aware that my family spoke often to Ms. Vaziri and that they too instructed her to file a notice of appeal.

5. On September 17, 2004, immediately after the court pronounced sentence, I told Ms. Vaziri to file the notice of appeal; to which, she told me that she would. I later learned that no notice was filed.

Respectfully,

Jose Rivera

Jose Rivera

Dated: 11/21/05