UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSE RIVERA,

v.

UNITED STATES,

Case No. 04-00045-017
Judge Torres
AFFIRMATION OF LUISA MEDINA

Luisa Medina, affirms under the penalties of perjury:

1. That I am a legal resident of 130 Indiana Avenue, Providence, Rhode Island, 2nd Floor; and I am Jose's sister-in-law.
2. That during the criminal prosecution of Jose, we kept in close contact, through the telephone, and Jose had told me prior to taking his plea, that he would appeal his sentence; asking the court, at a later date, to modify his term for post-conviction rehabilitation.
3. I recall one specific conversation with Jose, after he was sentenced, where he informed me that he instructed his lawyer to file an appeal. I personally called Ms. Emily Vaziri, and spoke to her secretary, to ensure that the notice of appeal was filed. Ms. Vaziri did not return my call, and I later learned that no appeal was filed. If called to testify as to this, I will.

Respectfully,

Luisa Medina

Luisa Medina

SWORN TO BEFORE ME THIS
26 DAY OF Oct., 2005

NOTARY PUBLIC

ANDRES ALMONTE
Notary Public
State of Rhode Island
My Commission Expires Jan 28, 2009