UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSE RIVERA,

v.

UNITED STATES,

Case No. 04-00045-017
Judge Torres
AFFIRMATION OF Hilda Nunez

Hilda Nunez, affirms under the penalties of perjury:

1. That I am the biological mother of Jose Rivera, and that I submit this affirmation in support of my son's current petition before this court.

2. That during the criminal proceedings in this matter. I contacted Ms.Vaziri's office plenty of times in regard to my son's case. I often spoke to my son, by visiting him at the Wyatt Detention Center in Providence, Rhode Island, and by telephone.

3. My son informed me that he would plead guilty, but also informed me that he wanted to appeal. I recall a conversation after September 17, 2004, in which Jose informed me that he told his attorney to file the notice of appeal. Jose asked me to call his attorney to verify that she did. I attempted to call her on or about September 18-23, 2005 to verify that a notice was filed.

4. I reached Ms.Vaziri's secretary who informed me that she would tell Ms. Vaziri my message concerning the appeal; and I did not know until recently that she did not file the notice.

Respectfully,

Hilda Nunez

Hilda Nunez
647 West 161 Street.,
Apt. 1H
New York, NY 10032

SWORN TO BEFORE ME THIS
2 DAY OF NOV, 2005

NOTARY PUBLIC
MCE 3/28/06