UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSE RIVERA

   v.                                          C.A. No. 05-490-T

UNITED STATES OF AMERICA

**ORDER**

It is hereby ordered that on or before December 30, 2005, the United States Attorney shall file an answer to the petitioner's § 2255 motion.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
United States District Judge

Date: December 1, 2005