IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE RIVERA | ) | |
| | ) | CA No. 05-490-T |
| vs. | ) | CR No. 04-045T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MOTION TO EXTEND TIME**

The defendant, Jose Rivera ("Rivera"), filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on November 21, 2005. On December 9, 2005, the Office of the United States Attorney received an Order from the District Court, dated December 1, 2005, ordering the United States to file a response on or before December 30, 2005.

The trial attorney, Assistant United States Attorney Stephen Dambruch, is currently on detail to Iraq. The matter will be handled by the undersigned Assistant United States Attorney who is unfamiliar with the case. Preparation of the response will additionally require obtaining a transcript of the sentencing proceeding. That transcript was ordered today.

Rivera was sentenced to 108 months imprisonment. His only complaint is ineffective assistance of counsel for failure to file an appeal. Rivera will suffer no prejudice from a brief extension of time. The United States therefore requests an

additional thirty (30) days within which to respond up to and including January 30, 2006.

GRANTED
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
12/20/05

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

CERTIFICATION OF SERVICE

I hereby certify that on this 14th day of December, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Extend Time, to the following:

Jose Rivera
04-045-017
FCI - Raybrook
P.O. Box 300
Old Ray Brook Road
Ray Brook, NY 12977-0300