Jose Rivera
Fed.Reg.No. 05455-070
FCI Raybrook
P.O. Box 9004
Raybrook, New York
12977

Re: United States v. Rivera
COA No. 05-490-T

Dear Clerk:

I am hereby requesting that you grant me a time extension in order to file a Traverse to the government's proposed motion in reply to my petition for relief.

I am requesting a period of 45 days in order to reply. My assistant is remaining in FCI Raybrook, and he is the one who caused the petition to be filed; as such, I will need time to foward the material to him for the reply. In the alternative if you assign counsel, at this time, I will no longer need to utilize his services.

I am being transfered to Ft. Dix, New Jersey, located at P.O. Box 7000, and can be reached there. I am leaving on or about the 16th of December, and I do not know how long it will take to arrive. My family will call the moment I do.

Thank you in advance.

Respectfully,

Jose Rivera

December 11, 2005