**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Jose Rivera

Petitioner

v. C.A. No. 05-490T

United States of America

Defendant

**ORDER DENYING MOTION TO EXTEND TIME**

Petitioner's Motion for an Extension of Time is hereby denied without prejudice. Motion may be renewed after the Government files a response to the pending Motion to Vacate, Set Aside or Correct Sentence. Petitioner is advised that there is no absolute right to file a traverse.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 12/21/05